[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-15070
Non-Argument Calendar

_____

D.C. Docket No. 8:13-cr-00230-SDM-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL LEN HAMILTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 2, 2014)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Sharon Samek, appointed counsel for Darrell Len Hamilton, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hamilton's conviction and sentence are **AFFIRMED**.